TRINETTE G. KENT (State Bar No. 222020)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiffs,
Daniel and Alicia Strawn

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Daniel and Alicia Strawn,<br><br>            Plaintiffs,<br><br>     vs.<br><br>Pinnacle Asset Group, L.L.C,<br><br>            Defendant. | Case No.: 1:15-cv-00210-BAM<br><br>**ORDER** |

    Based on Plaintiffs' Motion for Extension of Time to File Dismissal, and for good cause shown, Plaintiffs shall have until and including June 15, 2015, to file dismissal documents with this Court.

IT IS SO ORDERED.

Dated**:   May 12, 2015**　　　　　　　　　　　　　　　　/s/ Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE