# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL STRAWN AND ALICIA STRAWN,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**PINNACLE ASSET GROUP, LLC,**<br><br>**Defendant.** | **1:15-cv-210-LJO-BAM**<br><br>**ORDER RE PLAINTIFFS'**<br>**VOLUNTARY DISMISSAL (Doc. 12)** |

On June 16, 2015, Plaintiffs filed a notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i). Doc. 12 at 2. Plaintiffs request that the Court issue an order dismissing the entire complaint with prejudice. *Id.*

Based on Plaintiffs' notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), this Court DISMISSES with prejudice this entire action.

IT IS SO ORDERED.

Dated:   **June 16, 2015**          **/s/ Lawrence J. O'Neill**
                         UNITED STATES DISTRICT JUDGE